UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-cv-372-D

| | | |
|---|---|---|
| ROSEALENE STOCKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COMMUNITY HEALTH INTERVENTION & SICKLE CELL AGENCY, INC. AND MARY MCALLISTER & DELVIN MCALLISTER, IN THEIR INDIVIDUAL CAPACITIES, | ) ) ) ) ) ) | **ORDER GRANTING MOTION TO STAY PROCEEDINGS** |
| | ) | |
| Defendants. | ) | |

This cause being heard by the undersigned upon the Motion to Stay Proceedings [DE 18] of Defendants Community Health Intervention & Sickle Cell Agency, Inc., Mary McAllister, and Delvin McAllister (collectively "Defendants") pursuant to Rule 26 of the Federal Rules of Civil Procedure; and

It appearing to the Court that Defendants' Motion for Judgment on the Pleadings [DE 16], filed on October 22, 2018, seeks dispositive relief and may, if granted in whole or in part, significantly alter the scope and nature of the claims brought in this action and, accordingly, the scope and nature of any potentially forthcoming discovery; and

It appearing to the Court that Plaintiff will not suffer any undue prejudice upon the entry of stay in this action;

IT IS THEREFORE ORDERED that Defendants' Motion to Stay Proceedings is GRANTED and this action shall be STAYED pending the Court's ruling on Defendants' Motion

for Judgment on the Pleadings. The Court will reissue its Order for Discovery Plan, if applicable, upon the conclusion of the stay.

SO ORDERED. This 12 day of December 2018.

                                                      JAMES C. DEVER III
                                                      United States District Judge