IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-372-D

| | |
|---|---|
| ROSEALENE STOCKS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| COMMUNITY HEALTH INTERVENTION & SICKLE CELL AGENCY, INC., MARY MCALLISTER, and DELVIN MCALLISTER, | ) |
| Defendants. | ) |

On July 25, 2018, Rosealene Stocks ("Stocks" or "plaintiff") filed a complaint [D.E. 1]. On October 22, 2018, Community Health Intervention & Sickle Cell Agency, Inc., Mary McAllister, and Delvin McAllister (collectively "defendants") moved for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure [D.E. 16] and filed a memorandum in support [D.E. 17]. On November 21, 2018, Stocks responded in opposition [D.E. 21]. On December 3, 2018, defendants replied [D.E. 22]. On December 13, 2018, Stocks moved for leave to file an amended complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure [D.E. 27], and Stocks filed a memorandum in support and a proposed first amended complaint [D.E. 28].

The court GRANTS Stocks's motion for leave to amend her complaint [D.E. 27]. In light of that motion, defendants' motion for judgment on the pleadings [D.E. 16] is DISMISSED as moot. Stocks shall file the amended complaint by December 21, 2018. Defendants may plead in response to the amended complaint. See Fed. R. Civ. P. 15(a)(3).

SO ORDERED. This 14-day of December 2018.

JAMES C. DEVER III
United States District Judge