UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROSEALENE STOCKS, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>COMMUNITY HEALTH INTERVENTION & )<br>SICKLE CELL AGENCY, INC., MARY )<br>MCALLISTER, and DELVIN MCALLISTER, )<br>)<br>Defendant. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:18-cv-372-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS in part defendants' motion to dismiss [D.E. 32], DISMISSES Stocks's Title VII claims, and DECLINES to exercise supplemental jurisdiction over Stocks's state law claims.

**This Judgment Filed and Entered on May 22, 2019, and Copies To:**

| | |
|---|---|
| Nicholas Joseph Sanservino, Jr. | (via CM/ECF electronic notification) |
| Katie Weaver Hartzog | (via CM/ECF electronic notification) |
| Michael B. Cohen | (via CM/ECF electronic notification) |

DATE:                                                          PETER A. MOORE, JR., CLERK
May 22, 2019                                       (By) /s/ Nicole Sellers
                                                                              Deputy Clerk